UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA BLACKWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERSHEY COMPANY; HERSHEY CANADA INC.; MARS, INC.; MASTERFOODS USA; MARS CANADA INC.; NESTLE S.A.; NESTLE USA; NESTLE CANADA INC.; and ITWAL LTD.,<br><br>Defendant. | Case No. C-08-00674-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS NESTLÉ USA, THE HERSHEY COMPANY AND MARS, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**AND [PROPOSED ORDER]** |

Defendant Nestlé USA, by counsel, pursuant to Local Rule 6-1(a), hereby files this Stipulation for Extension of Time for Defendant Nestlé USA, The Hershey Company, and Mars, Inc. (collectively, "Defendants") to Answer, Move, or Otherwise Respond to Plaintiff Lisa Blackwell's ("Plaintiff") Complaint (the "Stipulation"), and states as follows:

Case No. C-08-00674-EMC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1    WHEREAS Plaintiff has filed a Complaint in the above-captioned case on or about January 28, 2008;

2    WHEREAS Plaintiff alleges price fixing of chocolate;

3    WHEREAS at least fifty-seven complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class-actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of Chocolate (collectively, the "Chocolate Cases");

4    WHEREAS several motions are pending before the Judicial Panel on Multidistrict Litigation (the "Panel") to transfer the Chocolate Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

5    WHEREAS Plaintiff anticipates the possibility of a Consolidated Amended Complaint in the Chocolate Cases after an Order on the MDL Motion is issued by the Panel and the Chocolate CASES are assigned to a transferee court (the "MDL Order");

6    WHEREAS Plaintiff and Defendants (the "Parties") agree that an orderly schedule for any response to the pleadings in the Chocolate Cases, including the Complaint, would be more efficient for the Parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), THE PARTIES, BY COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. The time for Defendants to answer, move, or otherwise respond to the Complaint shall be extended until the earlier of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the Chocolate Cases; or (2) forty-five days after Plaintiff's written notice to Defendants that Plaintiff does not intend to file a Consolidated Amended Complaint (the earlier of those two dates is defined as the "Response Date"); *provided*, *however*, that in the event that a Defendant should agree or be ordered to answer, move, or

1  otherwise respond in any Chocolate Case prior to the Response Date, then that Defendant shall
2  respond to the Complaint by that earlier date.

4  2.  To the extent not already served, defense counsel identified below shall waive and accept
5  service of the summons and the Complaint, including any amended or consolidated Complaint,
6  on behalf of the domestic entities that they represent; *provided*, *however*, that by entering into
7  this Stipulation, Defendants do not waive any other defenses including, but not limited to, the
8  defense of lack of personal or subject matter jurisdiction, or improper venue, or service of an
9  improper entity, except for objections based on a defect in the summons or in the service of a
10  summons.

12  3.  Plaintiff agrees not to seek discovery from Defendants until after the MDL Order and the
13  transferee district enters a case management order ("CMO"); *provided*, *however*, that in the
14  event that a Defendant should agree or be ordered to provide discovery in any Chocolate Case
15  before such CMO, then that Defendant will simultaneously provide the same discovery to
16  Plaintiff.

18  4.  The provisions of this Stipulation are available, without further stipulation with counsel for
19  Plaintiff, to all Defendants who notify Plaintiff in writing of their intention to join this
20  Stipulation.

22  IT IS SO STIPULATED.

24  Based on the above Stipulation, Plaintiff requests that the Court enter the proposed Order
25  attached hereto.

27  / / /
28  / / /

Case No. C-08-00674-EMC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

3

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:   March 5, 2008 | HOWREY LLP |
| 3 |  | By:   /s/ Karin Kramer |
| 4 |  | Karin Kramer (Bar No. 87346) |
|   |  | 525 Market Street, Suite 3600 |
| 5 |  | San Francisco, California 94105 |
|   |  | Telephone:  415 848-4900 |
| 6 |  | Facsimile:   415 848-4999 |
|   |  | Email:  kramerk@howrey.com |
| 7 |  |  |
|   |  | Roxann Henry |
| 8 |  | HOWREY LLP |
|   |  | 1299 Pennsylvania Ave NW |
| 9 |  | Washington, D.C. 20004 |
|   |  | Telephone:  202-383-6503 |
| 10 |  | Facsimile:  202-383-6610 |
|   |  | Email:  henryr@howrey.com |
| 11 |  |  |
|   |  | **Attorneys for Defendant Nestlé USA** |
| 12 |  |  |
| 13 | Dated:   March 5, 2008 | KIRLAND & ELLIS LLP |
| 14 |  | By:   /s/ Elizabeth L. Deeley |
| 15 |  | Elizabeth L. Deeley (Bar No. 230798) |
|   |  | 555 California Street, Suite 2700 |
| 16 |  | San Francisco, CA  94104 |
|   |  | Telephone:  415 439-1861 |
| 17 |  | Facsimile:   415 439-1500 |
| 18 |  | Email:  edeeley@kirkland.com |
| 19 |  | Thomas Yannucci |
|   |  | KIRKLAND & ELLIS LLP |
| 20 |  | 655 Fifteenth Street N.W. |
|   |  | Washington D.C. 20005 |
| 21 |  | Telephone:  202-879-5000 |
| 22 |  | Facsimile:  202-879-5200 |
|   |  | Email:  tyannucci@kirkland.com |
| 23 |  |  |
| 24 |  | **Counsel for Defendant The Hershey Company** |
| 25 | Dated:   March 5, 2008 | McDERMOTT WILL & EMERY |
| 26 |  | By:   /s/ David H. Dolkas |
| 27 |  | David H. Dolkas (Bar No. 111080) |
| 28 |  | McDermott Will & Emery |
|   |  | 3150 Porter Dr. |

Case No. C-08-00674-EMC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

4

| | |
|---|---|
| 1 | Palo Alto, CA 94304-1212 |
| 2 | Telephone: 650-813-5000<br>Facsimile: 650-813-5100 |
| 3 | Email: ddolkas@mwe.com |
| 4 | David Marx, Jr.<br>MCDERMOTT WILL & EMERY |
| 5 | 227 West Monroe Street<br>Chicago, IL 60606-5096 |
| 6 | Telephone: 312-372-2000<br>Facsimile: 312-984-7700 |
| 7 | Email: dmarx@mwe.com |
| 8 | **Counsel for Defendant Mars, Inc.** |

9
Dated:  March 5, 2008                    THE TERRELL LAW GROUP

10
                                         By:  /s/ Reginald Von Terrell

11
                                         Reginald Von Terrell (Bar No. 127874)
12                                       223 25th Street
                                         Richmond, CA 94804
13                                       Telephone: 510-237-9700
                                         Facsimile: 510-237-4616
14                                       Email: reggiet2@aol.com

15                                       AMAMGBO & ASSOCIATES
                                         Donald Chidi Amamgbo, Esq.
16                                       7901 Oakport Street, Suite 4900
                                         Oakland, CA 94621
17                                       Telephone: 510-615-6000
                                         Facsimile: 510-615-6025
18                                       Email: donald@amamgbolaw.com

19                                       **Counsel for Plaintiff Lisa Blackwell**

20

21

22                              **<u>ORDER</u>**

23       PURSUANT TO THE STIPULATION ATTACHED HERETO, IT IS SO ORDERED.

24

25   Dated:  March 11, 2008                _____
                                           Honorable Edward M. Chen
26

27

28

Case No. C-08-00674-EMC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

5

**General Order 45 Attestation**

I, Karin Kramer, am the ECF User whose ID and password are being used to file this Stipulation For Extension Of Time For Defendants To Answer, Move, Or Otherwise Respond to Complaint. In compliance with General Order 45, I hereby attest that Counsel for Plaintiff Lisa Blackwell, and Counsel for Defendants The Hershey Company, and Mars, Inc., have concurred in this filing.