```
 1  DAVID H. DOLKAS (State Bar No. 111080)
    ddolkas@mwe.com
 2  McDERMOTT WILL & EMERY LLP
    3150 Porter Drive
 3  Palo Alto, CA 94304
    Telephone:    650.813.5000
 4  Facsimile:    650.813.5100
 5
    Attorneys for Defendants
 6  Mars, Inc. and Masterfoods USA
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| LISA BLACKWELL, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE HERSHEY COMPANY; HERSHEY CANADA INC.; MARS, INC.; MASTERFOODS USA; MARS CANADA INC.; NESTLE S.A.; NESTLE USA; NESTLE CANADA INC.; and ITWAL LTD.,<br><br>　　　　　Defendants. | Case No.  C-08-00674-EMC<br><br>**Electronic Case Filing**<br><br>NOTICE OF APPEARANCE OF DAVID H. DOLKAS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, David H. Dolkas, of the law offices of McDermott Will & Emery LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants Mars, Inc. and Masterfoods USA and request that copies of all briefs, motions, orders, correspondence, and other papers also be electronically served on the undersigned as follows:

David H. Dolkas
ddolkas@mwe.com
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304

Telephone: 650.813.5000
Facsimile:  650.813.5100

DATED: March 13, 2008                    MCDERMOTT WILL & EMERY


By: /s/ David H. Dolkas
    DAVID H. DOLKAS
    Attorneys for Defendants
    Mars, Inc. and Masterfoods USA

CHI99 4954762-1.002227.0102

NOTICE OF APPEARANCE                                    C-08-00674-EMC

-1-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Civil Action No. C-08-00674-EMC

| | |
|---|---|
| LISA BLACKWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY; HERSHEY CANADA INC.; MARS, INC.; MASTERFOODS USA; MARS CANADA INC.; NESTLE S.A.; NESTLE USA; NESTLE CANADA INC.; and ITWAL LTD.,<br>Defendants | **PROOF OF SERVICE BY**<br>**FIRST CLASS MAIL** |

I, Maria Collins, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3150 Porter Drive, Palo Alto, California 94304-1212. On March 13, 2008, I caused to be served a true and correct copy of the within document(s):

**NOTICE OF APPEARANCE OF DAVID H. DOLKAS**

[x]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

PROOF OF SERVICE                                              CASE NO. C-08-00674-EMC

| | |
|---|---|
| **FIRST CLASS MAIL**<br><br>Karen Kramer<br>Howrey LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA 94105<br><br>Tel.: (415) 848-4900<br>Fax: (415) 848-4999<br>Email: kramerk@howrey.com<br>*Attorneys for Defendant Nestlé U.S.A, Inc.* | **FIRST CLASS MAIL**<br><br>Reginald Von Terrell<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804<br><br>Tel. (510) 615-6000<br>Fax: (510) 237-4616<br>Email: reggiet2@aol.com<br>*Attorneys for Plaintiff Lisa Blackwell* |
| **FIRST CLASS MAIL**<br><br>Roxann Henry<br>Howrey LLP<br>1299 Pennsylvania Ave. NW<br>Washington, DC 20004<br><br>Tel. (202) 783-0800<br>Fax: (202) 383-6610<br>Email: henryr@howrey.com<br>*Attorneys for Defendant Nestlé U.S.A, Inc.* | **FIRST CLASS MAIL**<br><br>Elizabeth L. Deeley<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br><br>Tel. (415) 439-1400<br>Fax: (415) 439-1500<br>Email: edeeley@kirkland.com<br>*Attorneys for The Hershey Company* |
| **FIRST CLASS MAIL**<br><br>Thomas D. Yannucci, P.C.<br>Kirkland & Ellis LLP<br>655 Fifteenth St., Suite 2700<br>Washington, DC 20005<br><br>Tel. (202) 879-5000<br>Fax: (202) 879-5200<br>Email: tyannucci@kirkland.com<br>*Attorneys for The Hershey Company* | **FIRST CLASS MAIL**<br><br>Donald Chidi Amamgbo<br>Amamgbo & Associates<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br><br>Tel. (510) 615-6000<br>Fax: (510) 615-6025<br>Email: Donald@amamgbolaw.com<br>*Attorneys for Plaintiff, Lisa Blackwell* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on March 13, 2008, at Palo Alto, California.

/s/  Maria Collins
Maria Collins

PROOF OF SERVICE — - 3 - — CASE NO. C-08-00674-EMC