AMAMGBO & ASSOCIATES
Donald Chidi Amamgbo, Esq.
Donald@amamgbolaw.com
7901 Oakport Street, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 237-4616

C. Donald Amamgbo, Esq. (SBN 164716)
Alieu Iscandari, Esq. (SBN 184307)
Daniel Etoh, Esq. (SBN 236563)
Nick Agbo, Esq (SBN 236523)
**AMAMGBO & ASSOCIATES**
A Professional Law Corporation
13465 Beach Avenue, Penthouse
Marina del Rey, CA 90292
Tel.   (310) 577-4582
Fax.   (310) 577-1557

*Attorney for Plaintiff Lisa Blackwell*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lisa Blackwell on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> The Hershey Company, Hershey Canada, Inc., Mars Inc., Masterfoods USA., Mars Canada, Inc., Nestle S.A., Nestle USA, Nestle Canada, Inc., and ITWAL Ltd., <br><br> Defendants. | CASE NO. 08-cv-00153-JSW <br><br> **STIPULATION TO EXTEND THE DEADLINES IN THE SCHEDULING ORDER** |

Plaintiff, by counsel, hereby submits this Stipulation to Extend Deadlines in the Scheduling Order on behalf of all parties to the above-captioned action.

1  WHEREAS the Plaintiff filed a Complaint in the above-captioned case on January 28,

2  2008, alleging that Defendants violated federal antitrust laws by conspiring to fix the price of

3  certain chocolate products [Docket No. 1];

4  WHEREAS more than eighty complaints have been filed to date in federal district courts

5  throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and

6  indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of

7  Chocolate (collectively "the Chocolate Cases");

8  WHEREAS the Judicial Panel on Multidistrict Litigation has issued an order transferring

9  the Chocolate Cases to the Middle District of Pennsylvania (Harrisburg) for coordinated and

10  consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407 (attached as Exhibit A);

11  WHEREAS the Court's ADR Scheduling Order of January 28, 2008 ("the Scheduling

12  Order") requires the parties to meet and confer regarding discovery and file a Case Management

13  Statement on or before April 30, 2008 and attend a Case Management Conference on May 7,

14  2008 [Docket No. 2];

15  THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR

16  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

17  The dates set forth in the Court's Scheduling Order should be extended until August 13,

18  2008 or such time as the case can be transferred to the Middle District of Pennsylvania.

19  IT IS SO STIPULATED.

20  Based on the above Stipulation, the parties requests that the Court enter the proposed

21  order attached hereto.

McDermott Will & Emery LLP
Attorneys At Law
Chicago

CH99 4970520-1.002227.0102

Respectfully submitted,

Dated: April 18, 2008

By: _____
AMAMGBO & ASSOCIATES
Donald Chidi Amamgbo, Esq.
Donald@amamgbolaw.com
7901 Oakport Street, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 237-4616

*Attorney for Plaintiff Lisa Blackwell*

By:    /s/ David H. Dolkas
DAVID H. DOLKAS (SBN 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone:   650.813.5000
Facsimile:     650.813.5100

DAVID MARX, JR.
dmarx@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Telephone: (312) 984-7668
Fax: (312) 984-7700

*Attorneys for Defendants Mars, Inc. and Masterfoods U.S.A., Inc.*

- 3 -

By: /s/ Elizabeth Deeley
ELIZABETH DEELEY
edeeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500

THOMAS D. YANNUCCI, P.C.
tyannucci@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street
Washington, DC 20005-5793
Telephone: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for The Hershey Company*

By: /s/ Roxann E. Henry
ROXANN E. HENRY
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-6503
Fax: (202) 383-6610

*Attorney for Nestle U.S.A., Inc.*

- 4 -

CH199 4970520-1.002227.0102

AMAMGBO & ASSOCIATES
Donald Chidi Amamgbo, Esq.
Donald@amamgbolaw.com
7901 Oakport Street, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 237-4616

*Attorney for Plaintiff Lisa Blackwell*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lisa Blackwell on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Hershey Company, Hershey Canada, Inc., Mars Inc., Masterfoods USA., Mars Canada, Inc., Nestle S.A., Nestle USA, Nestle Canada, Inc., and ITWAL Ltd.,<br><br>Defendants. | CASE NO. 08-cv-00153-JSW<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

The dates set forth in the Court's Scheduling Order should be extended until August 13, 2008 or such time as the case can be transferred to the Middle District of Pennsylvania.

Dated: _____

                                    _____
                                    Magistrate Judge Edward Chen

- 5 -