1  AMAMGBO & ASSOCIATES
2  Donald Chidi Amamgbo, Esq.
      Donald@amamgbolaw.com
3  7901 Oakport Street, Suite 4900
4  Oakland, California 94621
   Telephone: (510) 615-6000
5  Facsimile: (510) 237-4616

6  *Attorney for Plaintiff Lisa Blackwell*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C08-0674 EMC

| Lisa Blackwell on behalf of herself and all others similarly situated, | CASE NO. 08-cv-00153-JSW |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |
| The Hershey Company, Hershey Canada, Inc., Mars Inc., Masterfoods USA., Mars Canada, Inc., Nestle S.A., Nestle USA, Nestle Canada, Inc., and ITWAL Ltd., | |
| Defendants. | |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

The dates set forth in the Court's Scheduling Order should be extended until August 13, 2008 or at 1:30 p.m. such time as the case can be transferred to the Middle District of Pennsylvania. A joint case management Statement shall be filed by August 6, 2008.

Dated:

Magistrate Judge Edward Chen

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

- 5 -

(No. )

CH99 4970520-1.002227.0102