UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 14, 2008

U.S. District Court
Middle District of Pennsylvania
228 Walnut Street, Room 1060
P.O. Box 983
Harrisburg, PA 17108-0983

RE: CV 08-00674 EMC  LISA BLACKWELL-v-THE HERSHEY COMPANY

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ✔ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk


       by: (Sheila Rash)
       Case Systems Administrator

Enclosures
Copies to counsel of record

May 14, 2008

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at
ecfhelpdesk@cand.uscourts.gov.